Michael F. Ram, SBN #104805
Email: mram@rocklawcal.com
RAM, OLSON, CEREGHINO
& KOPCZYNSKI LLP
101 Montgomery Street, Suite 1800
San Francisco, California 94104
Telephone: (415) 433-4949
Facsimile: (415) 433-7311

Beth E. Terrell, SBN #178181
Email: bterrell@terrellmarshall.com
Erika L. Nusser
Email: enusser@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

*Attorneys for Plaintiff and Proposed Class and California Sub-Class*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDY WU, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>POST FOODS, LLC and POST HOLDINGS, INC.,<br><br>Defendants. | Case No. 4:16-cv-03494-DMR<br><br>**STIPULATION TO EXTEND DEADLINES FOR RESPONSE AND REPLY TO MOTION TO DISMISS PURSUANT TO LOCAL RULE 6-2; AND ORDER**<br><br><u>CLASS ACTION</u><br><br>Complaint Filed: June 22, 2016<br><br>Honorable Richard Seeborg |

Pursuant to the United States District Court, Northern District of California Local Rules, Rule 6-1(a), Plaintiff Andy Wu ("Plaintiff"), and Defendant Post Foods, LLC, and Post Holdings, Inc. (collectively, "Defendants"), by and through their respective counsel, stipulate and agree as follows:

1. WHEREAS, Plaintiff filed his initial Complaint on June 22, 2016, and served the Complaint on July 5, 2016.

2. WHEREAS, per Defendants' request, Plaintiff and Defendants entered into a stipulation on July 15, 2016, extending Defendants' time to answer or respond to Plaintiff's Complaint an additional 21 days, to August 16, 2016.

3. WHEREAS, per Defendants' request, Plaintiff and Defendants entered into a second stipulation on August 10, 2016, extending Defendants' time to answer or respond to Plaintiff's Complaint an additional 7 days, to August 23, 2016.

4. WHEREAS, on August 23, 2016, Defendants filed a Motion to Dismiss Pursuant to FRCP 12(b)(6) ("Motion to Dismiss"), and the deadline for Plaintiff to file a response to the Motion to Dismiss is September 6, 2016.

5. WHEREAS, Plaintiff and Defendants have since agreed to extend the deadline for Plaintiff to file the response to the Motion to Dismiss by 14 days, to September 20, 2016.

6. WHEREAS, Plaintiff and Defendants have further agreed to extend the deadline for Defendants to file their reply in support of the Motion to Dismiss by 21 days, to October 4, 2016.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Plaintiff shall respond to Defendants' Motion to Dismiss by September 20, 2016, and Defendant shall file a reply in support of their Motion to Dismiss by October 4, 2016.

TERRELL MARSHALL LAW GROUP PLLC

By: Beth E. Terrell, SBN #178181
Beth E. Terrell, SBN #178181
Email: bterrell@terrellmarshall.com
Erika L. Nusser, *Admitted Pro Hac Vice*
Email: enusser@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

Michael F. Ram, SBN #104805
Email: mram@rocklawcal.com
RAM, OLSON, CEREGHINO & KOPCZYNSKI LLP
101 Montgomery Street, Suite 1800
San Francisco, California 94104
Telephone: (415) 433-4949
Facsimile: (415) 433-7311

*Attorneys for Plaintiff and Proposed Class and California Sub-Class*

FAEGRE BAKER DANIELS LLP

By:/s/ Sarah Brew, *Admitted Pro Hac Vice*
Tarifa B. Laddon, SBN #240419
Email: tarifa.laddon@faegrebd.com
Sarah Brew, *Admitted Pro Hac Vice*
Email: sarah.brew@faegrebd.com
1990 South Bundy Drive, Suite 620
Los Angeles, California 90025
Telephone: (310) 500-2090
Facsimile: (310) 500-2091

*Attorneys for Defendants*

**LOCAL RULE 5-1(i)(3) STATEMENT**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from counsel for all parties, and that I will maintain records to support this concurrence by all counsel subject to this Stipulation as required under the local rule.

By: /s/ Beth E. Terrell, SBN #178181
Beth E. Terrell, on behalf of Plaintiff

**I. ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated this ____ day of _______________________, 2016.

______________________________
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on August 29, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Tarifa B. Laddon, SBN #240419
Email: tarifa.laddon@faegrebd.com
Sarah Brew, *Admitted Pro Hac Vice*
Email: sarah.brew@faegrebd.com
FAEGRE BAKER DANIELS LLP
1990 South Bundy Drive, Suite 620
Los Angeles, California 90025
Telephone: (310) 500-2090
Facsimile: (310) 500-2091

*Attorneys for Defendants*

DATED this 29th day of August, 2016.

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Beth E. Terrell, SBN #178181
Beth E. Terrell, SBN #178181
Email: bterrell@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

*Attorneys for Plaintiff and Proposed Class and California Sub-Class*