Michael F. Ram, SBN #104805
Email:  mram@rocklawcal.com
RAM, OLSON, CEREGHINO
  & KOPCZYNSKI LLP
101 Montgomery Street, Suite 1800
San Francisco, California 94104
Telephone:  (415) 433-4949
Facsimile:  (415) 433-7311

Beth E. Terrell, SBN #178181
Email: bterrell@terrellmarshall.com
Erika L. Nusser
Email:  enusser@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington  98103
Telephone:  (206) 816-6603
Facsimile:  (206) 319-5450

*Attorneys for Plaintiff and Proposed Class
and California Sub-Class*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDY WU, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>POST FOODS, LLC and POST HOLDINGS, INC.,<br><br>Defendants. | Case No. 4:16-cv-03494-DMR<br><br>**STIPULATION TO EXTEND DEADLINES FOR RESPONSE AND REPLY TO MOTION TO DISMISS PURSUANT TO LOCAL RULE 6-2; AND ORDER** AS MODIFIED BY THE COURT<br><u>CLASS ACTION</u><br><br>Complaint Filed: June 22, 2016<br><br>Honorable Richard Seeborg |

1    Pursuant to the United States District Court, Northern District of California Local
2 Rules, Rule 6-1(a), Plaintiff Andy Wu ("Plaintiff"), and Defendant Post Foods, LLC, and Post
3 Holdings, Inc. (collectively, "Defendants"), by and through their respective counsel, stipulate
4 and agree as follows:

5    1.    WHEREAS, Plaintiff filed his initial Complaint on June 22, 2016, and served
6 the Complaint on July 5, 2016.

7    2.    WHEREAS, per Defendants' request, Plaintiff and Defendants entered into a
8 stipulation on July 15, 2016, extending Defendants' time to answer or respond to Plaintiff's
9 Complaint an additional 21 days, to August 16, 2016.

10   3.    WHEREAS, per Defendants' request, Plaintiff and Defendants entered into a
11 second stipulation on August 10, 2016, extending Defendants' time to answer or respond to
12 Plaintiff's Complaint an additional 7 days, to August 23, 2016.

13   4.    WHEREAS, on August 23, 2016, Defendants filed a Motion to Dismiss
14 Pursuant to FRCP 12(b)(6) ("Motion to Dismiss"), and the deadline for Plaintiff to file a
15 response to the Motion to Dismiss is September 6, 2016.

16   5.    WHEREAS, Plaintiff and Defendants have since agreed to extend the deadline
17 for Plaintiff to file the response to the Motion to Dismiss by 14 days, to September 20, 2016.

18   6.    WHEREAS, Plaintiff and Defendants have further agreed to extend the deadline
19 for Defendants to file their reply in support of the Motion to Dismiss by 21 days, to October 4,
20 2016.

21   NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties,
22 through their respective counsel, that Plaintiff shall respond to Defendants' Motion to Dismiss
23 by September 20, 2016, and Defendant shall file a reply in support of their Motion to Dismiss
24 by October 4, 2016. `Motion to Dismiss Hearing shall be heard on`
25 `October 27, 2016 at 1:30 p.m. in Courtroom #3, 17th Floor.`

STIPULATION TO EXTEND DEADLINES FOR RESPONSE AND REPLY TO
MOTION TO DISMISS PURSUANT TO LOCAL RULE 6-2; AND ORDER - 2
CASE NO. 4:16-CV-03494-RS

TERRELL MARSHALL LAW GROUP PLLC

By:  Beth E. Terrell, SBN #178181
    Beth E. Terrell, SBN #178181
    Email: bterrell@terrellmarshall.com
    Erika L. Nusser, *Admitted Pro Hac Vice*
    Email:  enusser@terrellmarshall.com
    936 North 34th Street, Suite 300
    Seattle, Washington  98103
    Telephone:  (206) 816-6603
    Facsimile:   (206) 319-5450

    Michael F. Ram, SBN #104805
    Email:  mram@rocklawcal.com
    RAM, OLSON, CEREGHINO
      & KOPCZYNSKI LLP
    101 Montgomery Street, Suite 1800
    San Francisco, California 94104
    Telephone:  (415) 433-4949
    Facsimile:  (415) 433-7311

*Attorneys for Plaintiff and Proposed Class and California Sub-Class*

FAEGRE BAKER DANIELS LLP

By:/s/ Sarah Brew, *Admitted Pro Hac Vice*
    Tarifa B. Laddon, SBN #240419
    Email:  tarifa.laddon@faegrebd.com
    Sarah Brew, *Admitted Pro Hac Vice*
    Email:  sarah.brew@faegrebd.com
    1990 South Bundy Drive, Suite 620
    Los Angeles, California 90025
    Telephone: (310) 500-2090
    Facsimile: (310) 500-2091

*Attorneys for Defendants*

STIPULATION TO EXTEND DEADLINES FOR RESPONSE AND REPLY TO
MOTION TO DISMISS PURSUANT TO LOCAL RULE 6-2; AND ORDER - 3
CASE NO. 4:16-CV-03494-RS

| | |
|---|---|
| 1 | **LOCAL RULE 5-1(i)(3) STATEMENT** |
| 2 | Pursuant to Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this |
| 3 | document has been obtained from counsel for all parties, and that I will maintain records to |
| 4 | support this concurrence by all counsel subject to this Stipulation as required under the local |
| 5 | rule. |

By: ___/s/ Beth E. Terrell, SBN #178181___
       Beth E. Terrell, on behalf of Plaintiff

## I.  ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated this _29th_ day of _August_____, 2016.

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

STIPULATION TO EXTEND DEADLINES FOR RESPONSE AND REPLY TO
MOTION TO DISMISS PURSUANT TO LOCAL RULE 6-2; AND ORDER - 4
CASE NO. 4:16-CV-03494-RS