```
1   Michael F. Ram, SBN #104805
    Email:  mram@rocklawcal.com
2   RAM, OLSON, CEREGHINO
      & KOPCZYNSKI LLP
3   101 Montgomery Street, Suite 1800
    San Francisco, California 94104
4   Telephone:  (415) 433-4949
5   Facsimile:  (415) 433-7311

6   Beth E. Terrell, SBN #178181
    Email: bterrell@terrellmarshall.com
7   Erika L. Nusser, Admitted Pro Hac Vice
    Email:  enusser@terrellmarshall.com
8   Adrienne D. McEntee, Admitted Pro Hac Vice
9   Email:  amcentee@terrellmarshall.com
    936 North 34th Street, Suite 300
10  Seattle, Washington  98103
    Telephone:  (206) 816-6603
11  Facsimile:  (206) 319-5450

12
    Attorneys for Plaintiff and Proposed Class
13  and California Sub-Class
```

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDY WU, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>POST FOODS, LLC and POST HOLDINGS, INC.,<br><br>Defendants. | Case No. 4:16-cv-03494-RS<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br><u>CLASS ACTION</u><br><br>JURY TRIAL DEMAND<br><br>Honorable Richard Seeborg |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE - 1
CASE NO. 4:16-CV-03494-RS

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Andy Wu voluntarily dismisses without prejudice the above entitled action against Defendants Post Foods, LLC and Post Holdings, Inc.

RESPECTFULLY SUBMITTED AND DATED this 7th day of October, 2016.

                TERRELL MARSHALL LAW GROUP PLLC


By:   Beth E. Terrell, SBN #178181
      Beth E. Terrell, SBN #178181
      Email: bterrell@terrellmarshall.com
      Erika L. Nusser, *Admitted Pro Hac Vice*
      Email:  enusser@terrellmarshall.com
      Adrienne D. McEntee, *Admitted Pro Hac Vice*
      Email:  amcentee@terrellmarshall.com
      936 North 34th Street, Suite 300
      Seattle, Washington  98103
      Telephone:  (206) 816-6603
      Facsimile:   (206) 319-5450

      Michael F. Ram, SBN #104805
      Email:  mram@rocklawcal.com
      RAM, OLSON, CEREGHINO
        & KOPCZYNSKI LLP
      101 Montgomery Street, Suite 1800
      San Francisco, California 94104
      Telephone:  (415) 433-4949
      Facsimile:  (415) 433-7311

*Attorneys for Plaintiff and Proposed Class and California Sub-Class*

CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on October 7, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Tarifa B. Laddon, SBN #240419
>Email: tarifa.laddon@faegrebd.com
>Sarah Brew, *Admitted Pro Hac Vice*
>Email: sarah.brew@faegrebd.com
>FAEGRE BAKER DANIELS LLP
>1990 South Bundy Drive, Suite 620
>Los Angeles, California 90025
>Telephone: (310) 500-2090
>Facsimile: (310) 500-2091

*Attorneys for Defendants*

DATED this 7th day of October, 2016.

TERRELL MARSHALL LAW GROUP PLLC

By:   /s/ Beth E. Terrell, SBN #178181
Beth E. Terrell, SBN #178181
Email: bterrell@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington  98103
Telephone:  (206) 816-6603
Facsimile:  (206) 319-5450

*Attorneys for Plaintiff and Proposed Class and California Sub-Class*